In the Matter of GLEN MOHAWK MILK ASSOCIATION, INC., Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture & Markets, Respondent.— REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.